1
2
3
4                      UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7    JASON SCOTT HARSIN,                    Case No. 19-cv-07018-JST
                    Petitioner,
8
                                            **ORDER OF TRANSFER**
9          v.
10   RICK HILL,
11                  Respondent.
12
13        Petitioner, a state prisoner at Folsom State Prison in Represa, California has filed a petition
14   for a writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner challenges a conviction obtained in
15   the Shasta County Superior Court.  Shasta County is in the venue of the United States District
16   Court for the Eastern District of California.  Petitioner is also incarcerated in that district.
17        Venue for a habeas action is proper in either the district of confinement or the district of
18   conviction, 28 U.S.C. § 2241(d).  Federal courts in California traditionally have chosen to hear
19   petitions challenging a conviction or sentence in the district of conviction.  *Dannenberg v. Ingle*,
20   831 F.Supp. 767, 767 (N.D.Cal.1993); Habeas L.R. 2254–3(a).  Here, petitioner was convicted in,
21   and is confined in, the Eastern District of California.  Venue for petitioner's habeas action lies in
22   the Eastern District, not in this district.  Accordingly, this case is TRANSFERRED to the United
23   States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a); Habeas L.R.
24   2254-3(b).  The Clerk shall transfer the file herewith.
25        **IT IS SO ORDERED.**
26   Dated:  December 5, 2019
27                                          _____
                                                      JON S. TIGAR
28                                            United States District Judge

United States District Court
Northern District of California